ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :     **UNSEALING ORDER**
        - v. -                   :
                                 :     21 Mag. 8002
JARIO DEJESUS,                   :
                                 :
    a/k/a "Wheels,"              :
                                 :
            Defendant.           :
- - - - - - - - - - - - - - - - X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Danielle M. Kudla;

It is found that the docket, including the Complaint, in the above-captioned action, 21 Mag. 8002, is currently sealed and the United States Attorney's Office has applied to have that docket and Complaint unsealed, it is therefore

ORDERED that the docket, including the Complaint, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated:  New York, New York
        August 23, 2021

                                        *Kevin Nathaniel Fox* (signature)
                                        _____
                                        HONORABLE KEVIN N. FOX
                                        UNITED STATES MAGISTRATE JUDGE